# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Herman Lee Knight,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:12cv47

Tyson Foods Inc., et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/23/2012 Order.

                                       Signed: April 23, 2012

                                       Frank G. Johns, Clerk
                                       United States District Court